78,277-01

MR. ACOSTA

   I WOULD LIKE to KNOW tHE StAtuS OF MY 11.07 WRIt OF HABEAS CORPUS, WR: 78,277-01. tHANK YOU

SINCERELY
Matthew Arthur

MAttHEW ARtHUR #1428439
GEORGE BEto UNIt
1391 F.M 3328
tENNESSEE COLONY, TX 75800

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 02 2015

Abel Acosta, Clerk